1  Linda Claxton #125729
   Leslie E. Wallis #128435
2  LEWIS FISHER HENDERSON CLAXTON & MULROY, LLP
   12100 Wilshire Boulevard, Suite 730
3  Los Angeles, CA 90025
   (310) 820-3150 tel.
4  (310) 820-2830 fax
   lindac@lfhc.com
5  lesliew@lfhc.com

6  Attorneys for Defendant
   Dillard Store Stervices, Inc.
7  dba Dillard's

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 | YUSRA MOGHRABI *in pro per*          | Case No.: 2:07-CV-00587-MCE-GGH
13 |               Plaintiff,             |
14 | v.                                   | STIPULATION FOR BINDING
   |                                      | ARBITRATION
15 | DILLARD'S and DOES 1 through 50,     |
   | inclusive,                           |
16 |               Defendants.            |

17

18

19     It is stipulated and agreed by the Parties, through their attorneys of record, that the above

20 captioned case is hereby submitted to binding arbitration, pursuant to the Agreement to Arbitrate

21 Certain Claims and Rules of Arbitration, attached hereto.  This matter shall be submitted to the

22 American Arbitration Association and the arbitration shall be governed by the Rules of Arbitration

23 attached hereto.

       Each party and their attorney of record hereby waives any right each may have to trial
24 by judge, trial by jury, trial *de* novo, new trial or appeal.

25

26 Dated: April 25, 2007
                                                    /s/ Yusra Moghrabi
27                                                  _____
                                                    Yusra Moghrabi
28                                                  Plaintiff *in pro per*

C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv00587.o.0427.wpd        1

Dated: April 25, 2007        LEWIS FISHER HENDERSON CLAXTON & MULROY, LLP

By:/s/ Linda Claxton
_____
Linda Claxton
Leslie E. Wallis
Attorneys for Defendant
Dillard Store Services, Inc. dba Dillard's

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that this matter is to be submitted to binding arbitration and that this case is dismissed, without prejudice.

Dated: April 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

C:\iFolder\mengland\Home\TO DOCKET CIVIL\07cv00587.o.0427.wpd        2